UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:18-cr-137-Orl-37EJK

CHRISTOPHER DEVINE
_____

**ORDER**

Defendant was sentenced to thirty-six months of probation and ordered to pay $1,271,198.68 in restitution, at $500.00 per month. (Doc. 40.) On its motion, the United States was issued writs of garnishment for Defendant's Individual Retirement Account and 401(k) account. (Docs. 43–46, 48.) After Defendant was served with the relevant documents related to the writs of garnishment and the statutory 20-day waiting period expired (Docs. 56–58), the United States moved for final orders of garnishment as to both accounts (Docs. 57, 58). The Court then entered final orders of garnishment. (Docs. 59, 60.) Now, Defendant moves to quash the writs of garnishment, for return of the garnished funds, to stay further garnishments, and to transfer this matter to the U.S. District Court for the Southern District of Florida. (Doc. 61 ("**Motion**").)

On referral, U.S. Magistrate Judge Embry J. Kidd recommends denying the Motion. (Doc. 64 ("**R&R**").) Specifically, Magistrate Judge Kidd found: (1) Defendant's requests to transfer the matter to the Southern District and for return of the garnished funds are untimely as it falls outside the statutory window; (2) under the Federal Debt Collection Procedures Act the funds were properly garnished, precluding quashing the

1

writs; and (3) Defendant's request to stay future garnishments was not supported by any authority that would allow the court to consider garnishment actions that have not yet occurred. (*Id.*)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 64) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Defendant's Motion to Quash Writs of Garnishment, Return of Garnished Funds, Stay Further Garnishments, and Motion to Transfer Matter to the Southern District (Doc. 61) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 6, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record